No. 04–797. PERRONI *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 04–798. ZORA ENTERPRISES, INC. *v.* BURNETT ET UX. App. Ct. Mass. Certiorari denied.

No. 04–799. SMANIA *v.* ABRAMS ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–801. EICHINGER *v.* EICHINGER. Ct. App. Ind. Certiorari denied.

No. 04–802. AMANA CO., DBA AMANA APPLIANCES, INC. *v.* EDEN ELECTRICAL, LTD. C. A. 8th Cir. Certiorari denied.

No. 04–804. CHUNLI WU ET AL. *v.* GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–810. BARDIS ET AL. *v.* OATES ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 04–811. BABBITT ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–813. JOYAL *v.* HASBRO, INC., DBA HASBRO GAMES. C. A. 1st Cir. Certiorari denied.

No. 04–815. TREJO *v.* HULICK, ASSISTANT WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–818. EVANS *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 04–821. MORROW *v.* DAIMLERCHRYSLER CORP. ET AL. Sup. Ct. Ala. Certiorari denied.

No. 04–823. O'HANIAN *v.* CALIFORNIA. App. Div., Super. Ct. Cal., County of Los Angeles. Certiorari denied.